JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENG WANG, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> GIPSON HOFFMAN PANCIONE, <br><br> Defendant(s). | Case No. 2:24-cv-00436-RGK-PD <br><br> **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On April 17, 2021, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [14] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants. On April 24, 2024, plaintiff filed a response to the OSC in the form of a Declaration of Service [15] indicating a service date of April 17, 2024. The deadline to serve the Summons and Complaint was April 15, 2024. The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 26, 2024

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE